UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Heather Hills Estates, LLC                               Case No. 8:16-bk-09521-CPM
                                                         Chapter 11
    Debtor.
_____/

Rick & Chris Stephens, LLC

    Plaintiff
vs.                                                      Adv Pro No 8:17-ap-00074-CPM

Thomas Anderson, et al.,

    Defendants.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR BANKRUPTCY NOTICE

**PLEASE TAKE NOTICE** that Richard J. Cole, III, Esq., and R. John Cole, II, Esq., of COLE & COLE LAW, P.A., and hereby enters his appearance in these proceedings as counsel on behalf of THOMAS ANDERSON, JAMES AUSTIN, DENNIS COX, BETTY CROWLEY, SANDRA HOLMES, DANIEL HOLMES, BONNIE LOU ILER, EDWARD IVERSEN, JACOB ROZENWEIG, RAYMOND TONSIGN, RICHARD VAN BLARCUM, DENNIS E WOOD, , (the "Interested Parties") in the above-styled case and further requests service of papers pursuant to Federal Rules of Bankruptcy Procedure 2002 and 3017(a). Interested Parties hereby puts all parties in interest on notice that it is represented by the undersigned attorney as counsel in case and requests that the Clerk of the Court place the undersigned counsel on the Master Matrix for service in this case and that all counsel of record provide the undersigned counsel with copies of all notices, pleadings and other filings made in the above-captioned matter including, without limitation, notice of any application, complaint, demand, hearing, notice, order, pleadings or

request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. The Clerk and all counsel of record are requested to direct all written or telephone correspondence to the undersigned counsels at the address or telephone number set forth below:

**Richard J. Cole, III, Esquire**
**Cole & Cole Law, P.A.**
**46 North Washington Blvd., Ste. 24**
**Sarasota, FL 34236**
rc3@colecolelaw.com

**DATED** on this the 7TH day of March, 2017.

COLE & COLE LAW, P.A.

/s/ Richard J. Cole, III_____
Richard J. Cole, III, Esquire
46 N. Washington Blvd., Ste. 24
Sarasota, FL 34236
(941) 365-4055
(941) 365-4219 (FAX)
rc3@colecolelaw.com
Florida Bar No. 0059708

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic submission and/or United States Mail on this the 7TH day of March, 2017 to all parties registered to receive electronic notices of filings in this case and to the following:

**SEE ATTACHED LIST**

/s/ Richard J. Cole, III_____
Richard J. Cole, III, Esquire