

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/08/2017 03:30 PM

COURTROOM   8B

## HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:16-bk-09521-CPM | Chapter 11 | 01/27/2017 |

**ADVERSARY:**   8:17-ap-00074-CPM      **Pltf Atty:**  Michael C Markham

**Dft Atty:** Richard John Cole

**DEBTOR:**        Heather Hills Estates, LLC

**HEARING:**

Rick & Chris Stephens, LLC v. Anderson et al

1-CONTINUED STATUS CONFERENCE
2-Motion for Remand and/or Motion for Mandatory Abstention Filed by Richard John Cole III on behalf of Defendants Thomas Anderson, Randy Apple, Sue Apple, James Austin, Janet Bilger, Ron Bilger, Karen Blais, Norman Blais, Lawrence Bullis, Jessica Burdge, Betty Crowley, Bonnie Dennis, Gerald Dennis, Lindburg Derington, Margaret Derington, Evelyn Entingh, Philip Entingh, Carolyn Haskett, Phyllis Henry, Leota Herzog, Larry Hinckley, Gail Hock, Randall Hock, Joe Holmes, Sandy Holmes, Diane Hug, Larry Hug, Clair Iffland, Doris Iffland, Bonnie Iler, Beverly Kallin, Marilyn Lamb, Mike Lamb, Deanna Marner, Kay Marner, Barbara Martin, Charles Martin, Frances McMillen, Ivan McMillen, Georgeanna Mygrant, Glen Mygrant, Rheinold Nettekoven, Brenda Olive, Marilyn Prinz, Boyd Rader, Karen Rader, Jacob Rosenzweig, Louise Sadler, Thomas Sadler, Gerald Schmidt, Virginia Schmidt, Andrew Simpson, Glenna Simpson, Marty Staal, Cheryl Sutherly, Raymond Tonsing, Richard VanBlarcum, Bruce Welle, Sherly Welle. (Doc #15); Objection (Doc #18) .

**APPEARANCES::** Michael Markham, R. John Cole

**RULING:**
1-CONTINUED STATUS CONFERENCE

2-Motion for Remand and/or Motion for Mandatory Abstention Filed by Richard John Cole III on behalf of Defendants Thomas Anderson, Randy Apple, Sue Apple, James Austin, Janet Bilger, Ron Bilger, Karen Blais, Norman Blais, Lawrence Bullis, Jessica Burdge, Betty Crowley, Bonnie Dennis, Gerald Dennis, Lindburg Derington, Margaret Derington, Evelyn Entingh, Philip Entingh, Carolyn Haskett, Phyllis Henry, Leota Herzog, Larry Hinckley, Gail Hock, Randall Hock, Joe Holmes, Sandy Holmes, Diane Hug, Larry Hug, Clair Iffland, Doris Iffland, Bonnie Iler, Beverly Kallin, Marilyn Lamb, Mike Lamb, Deanna Marner, Kay Marner, Barbara Martin, Charles Martin, Frances McMillen, Ivan McMillen, Georgeanna Mygrant, Glen Mygrant, Rheinold Nettekoven, Brenda Olive, Marilyn Prinz, Boyd Rader, Karen Rader, Jacob Rosenzweig,

Louise Sadler, Thomas Sadler, Gerald Schmidt, Virginia Schmidt, Andrew Simpson, Glenna Simpson, Marty Staal, Cheryl Sutherly, Raymond Tonsing, Richard VanBlarcum, Bruce Welle, Sherly Welle. (Doc #15); Objection (Doc #18)

...<b>...Continued in open court to 7/27/2017 at 1:30 p.m. - No further notice will be given...</b>...

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.