United States Bankruptcy Court
Middle District of Florida

Rick & Chris Stephens, LLC,
      Plaintiff

Adv. Proc. No. 17-00074-CPM

Anderson,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 113A-8      User: berrid      Page 1 of 3      Date Rcvd: Jan 03, 2020
                          Form ID: noftrnsa    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2020.
ust        +Guy A Van Baalen,   Assistant U.S. Trustee,   Office of the U.S. Trustee, Region 21,
         501 East Polk Street, Suite 1200,   Tampa, FL 33602-3945
        KATHLEEN McLEROY, Esquire,   Carlton Fields, P. A.,   PO Box 3239,   Tampa, FL  33601-3239
       +R. JOHN COLE, II Esquire,   Cole & Cole Law, P.A.,   46 N Washington Blvd., Ste. 24,
         Sarasota, FL 34236-5928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2020 at the address(es) listed below:
        Michael C Markham    on behalf of Plaintiff   Rick & Chris Stephens, LLC mikem@jpfirm.com,
         minervag@jpfirm.com;angelinal@jpfirm.com;katherines@jpfirm.com;andrenaw@jpfirm.com;christines@jpfirm.com
        Richard John Cole, III    on behalf of Defendant Rheinold  Nettekoven rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Bonnie  Dennis rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Doris  Iffland rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Joe  Holmes rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Marilyn  Lamb rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Andrew  Simpson rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Janet  Bilger rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Bonnie  Iler rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Lindburg  Derington rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Dennis  Cox rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Beverly  Kallin rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Sandy  Holmes rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Dennis  Wood rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Bruce  Welle rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Larry  Hinckley rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Evelyn  Entingh rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com

```
District/off: 113A-8                  User: berrid                    Page 2 of 3                   Date Rcvd: Jan 03, 2020
                                      Form ID: noftrnsa               Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Richard John Cole, III  on behalf of Defendant Georgina  Brick rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Frances  McMillen rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Norman  Blais rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Tamara  Stockwell rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Mike  Lamb rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Louise  Sadler rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Georgeanna  Mygrant rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Gerald  Dennis rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Margaret  Derington rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Cheryl  Sutherly rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Ron  Bilger rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Clair  Iffland rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Diane  Hug rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Larry  Hug rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Phyllis  Henry rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Barbara  MacAlpine rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Sherly  Welle rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Gail  Hock rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Joe  Moots rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Charles  Martin rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Kay  Marner rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Ivan  McMillen rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Brenda  Olive rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant James  Austin rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Karen  Blais rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Ed  Iverson rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Leota  Herzog rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Philip  Entingh rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Virginia  Schmidt rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Thomas  Anderson rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Jose  Morales rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Don  Brick rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Marilyn  Prinz rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Jacob  Rosenzweig rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Glenna  Simpson rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Robert  Stockwell rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Randall  Hock rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Ronald Dee Breedlove rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
    Richard John Cole, III  on behalf of Defendant Barbara  Martin rcole3@gmail.com,
     rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com

```
District/off: 113A-8               User: berrid                 Page 3 of 3                 Date Rcvd: Jan 03, 2020
                                   Form ID: noftrnsa            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Richard John Cole, III    on behalf of Defendant Raymond  Tonsing rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Deanna  Marner rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Betty  Crowley rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Randy  Apple rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Sue  Apple rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Gerald  Schmidt rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Carolyn  Haskett rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Jessica  Burdge rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Richard  VanBlarcum rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Karen  Rader rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Glen  Mygrant rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Thomas  Sadler rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Boyd  Rader rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Marty  Staal rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Lawrence  Bullis rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com
        Richard John Cole, III    on behalf of Defendant Harold  MacAlpine rcole3@gmail.com,
         rc3@colecolelaw.com;courtney@colecolelaw.com;rjc@colecolelaw.com

                                                                                                 TOTAL: 72

**[noftrnsa]** [Notice Regarding Filing of Transcript AP]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Case No. 8:16–bk–09521–CPM
                                                    Chapter 11

Heather Hills Estates, LLC


_____Debtor(s)_____/

Rick & Chris Stephens, LLC



            Plaintiff(s)

vs.                                                 Adv. Pro. No. 8:17–ap–00074–CPM


Thomas Anderson



_____Defendant(s)_____/


<u>NOTICE REGARDING FILING OF TRANSCRIPT AND DEADLINE FOR FILING NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT</u>
(Doc. #49)

   Notice is hereby given that an official transcript of a proceeding held on March 18, 2019 has been filed on December 31, 2019 , by the court reporter in the above captioned matter.

   Under Administrative Order FLMB–2009–7, within seven (7) calendar days of the date of service of this notice, the parties shall file with the court a local form "Notice of lntent to Request Redaction of Transcript." Parties timely filing the local form "Notice of lntent to Request Redaction of Transcript" shall, within 21 calendar days of the date the transcript was docketed, unless otherwise ordered by the court, file a "Statement of Personal Data Identifier Redaction Request" which shall indicate, by page and line number, the location of the personal data identifiers for which redaction is being requested. Since the "Statement" once filed, will appear as a public document on the docket, the "Statement" should be worded so as not to contain unredacted personal identifiers.

   Parties to the case who are (or represent) persons whose personal data identifier may appear in the transcript and who wish to review the unredacted transcript may either purchase a copy of the transcript from the court reporter or view a copy of the transcript at no charge in any of the clerk's three divisional offices.

   If a "Notice of Intent to Request Redaction of Transcript" has not been filed by the deadline indicated above, absent further order of the court, the transcript will be made available on the docket as a publicly accessible document, subject to applicable access charges.

      DATED on January 3, 2020 .

                        FOR THE COURT
                        Sheryl L. Loesch , Clerk of Court

        Sam M. Gibbons United States Courthouse
        801 North Florida Avenue, Suite 555
        Tampa, FL 33602


Copies Furnished to All Parties to the Hearing